| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Mullin, Mark X. | 2. Court or Organization  U.S. Bankruptcy Court, Northern District of Texas | 3. Date of Report  05/11/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

| 7. Chambers or Office Address  Eldon B. Mahon U.S. Courthouse  501 W. 10th Street, Rm. 147  Fort Worth, TX 76102-3643 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | Haynes and Boone LLP Partners' Retirement Plan (frozen), no control |
| 2. 2015 | Haynes and Boone Partners' Cash Balance Plan, no control |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullin, Mark X. | 05/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | International Women's Insolvency & Restructuring Meeting | March 29, 2017 | Dallas, Texas | Speaker/Judge special event | Dinner |
| 2. | State Bar of Texas | May 31 - June 2, 2017 | San Antonio, Texas | Speaker at Texas Bankruptcy Bench Bar Conference | Hotel, Travel Expenses |
| 3. | National Conference of Bankruptcy Judges | October 8-11, 2017 | Las Vegas, Nevada | Attend NCBJ Meetings | Hotel |
| 4. | Annual DFW Area Chapter 13 Seminar | October 23, 2017 | Hurst, Texas | Speaker at the 27th Annual DFW Area Chapter 13 Seminar | Lunch |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mullin, Mark X.** | 05/11/2018 |

| 5. | UT Law CLE | November 16-17, 2017 | Austin, Texas | Speaker at the UT Law 36th Annual Jay L. Westbrook Bankruptcy Conference | Hotel, Travel Expenses |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Mullin, Mark X. | 05/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullin, Mark X. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cisco Systems, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 2. AMG Managers Cadence Mid Cap-Inv | A | Dividend | J | T | | | | | |
| 3. Mass Investors Growth Stock Fund-A | A | Dividend | J | T | | | | | |
| 4. Putnam Growth & Income-A | A | Dividend | J | T | | | | | |
| 5. Putnam International Value-A | A | Dividend | J | T | | | | | |
| 6. Invesco American Franchise Fund-Class A-VAFAX | A | Dividend | J | T | | | | | |
| 7. Minnesota Life - Adjustable Life Insurance | A | Dividend | J | T | | | | | |
| 8. Bank of America - Cash Account | | None | K | T | | | | | |
| 9. Ameriprise Brokerage Account - AIMMA-tax qualified Retirement Account | A | Int./Div. | K | T | Distributed (part) | 01/12/17 | P1 | | |
| 10. Western Core PL Bond | A | Int./Div. | O | T | Spinoff (from line 9) | 01/12/17 | O | | |
| 11. Santa Barbara DG | A | Int./Div. | M | T | Spinoff (from line 9) | 01/12/17 | M | | |
| 12. Lazard IA | A | Int./Div. | M | T | Spinoff (from line 9) | 01/12/17 | M | | |
| 13. Federated SV | A | Int./Div. | M | T | Spinoff (from line 9) | 01/12/17 | M | | |
| 14. Kayne Andrsn RDNK SC | A | Int./Div. | M | T | Spinoff (from line 9) | 01/12/17 | M | | |
| 15. Mutual Fund - ACLAX - American Century Mid Cap Value CL A | A | Int./Div. | | | Closed | 03/16/17 | J | | |
| 16. Mutual Fund - BHYAX - Blackrock High Yield Bond Investor CL A | A | Int./Div. | | | Closed | 03/16/17 | J | | |
| 17. Mutual Fund - BASIX - Blackrock Strategic Income Opptys Investor | A | Int./Div. | | | Closed | 03/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullin, Mark X. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mutual Fund - AIOAX - Columbia Income Oppty CL A | A | Int./Div. | | | Closed | 03/16/17 | K | | |
| 19. Mutual Fund - CSCEX Active Portfolio Multi MGR Small Cap Equity | A | Int./Div. | | | Closed | 03/16/17 | J | | |
| 20. Mutual Fund - CMCPX - Active Portfolio Multi MGR Total Return Bond | C | Int./Div. | | | Closed | 03/16/17 | M | | |
| 21. Mutual Fund - CSLGX Acgove Portfolio Multi MGR Growth CL A | A | Int./Div. | | | Closed | 03/16/17 | K | | |
| 22. Mutual Fund - CDEIX - Active Portfolio Aulti GGR Value CL A | A | Int./Div. | | | Closed | 03/16/17 | K | | |
| 23. Mutual Fund - CDAAX Active Portfolio Multi Mgr Directional Alt | A | Int./Div. | | | Closed | 03/16/17 | J | | |
| 24. Mutual Fund - OLGAX - JPMorgan Large Cap Growth CL A | A | Int./Div. | | | Closed | 03/16/17 | J | | |
| 25. Mutual Fund MGIAX - MFS INtl Value CL A | A | Int./Div. | | | Closed | 03/16/17 | K | | |
| 26. Mutual Fund MEIAX - MFX Value CLA A | A | Int./Div. | | | Closed | 03/16/17 | J | | |
| 27. Mutual Fund - OIGAX Oppenheimer Intl Growth CL A | A | Int./Div. | | | Closed | 03/16/17 | J | | |
| 28. Mutual Fund - ACMVX - American Century Mid Cap Value CL | A | Int./Div. | J | T | Spinoff (from line 15) | 03/16/17 | J | | |
| 29. Mutual Fund - BHYIX - Blackrock High Yield Bond Investor CL | A | Int./Div. | | | Spinoff (from line 16) | 03/16/17 | J | | |
| 30. | | | | | Sold | 08/25/17 | J | | |
| 31. Mutual Fund - BSIIX - Blackrock Strategic Income Opptys Instl CL | A | Int./Div. | J | T | Spinoff (from line 17) | 03/16/17 | J | | |
| 32. Mutual Fund - CIOZX - Columbia Income Oppty CL Z | A | Int./Div. | | | Spinoff (from line 18) | 03/16/17 | K | | |
| 33. | | | | | Sold | 04/20/17 | K | | |
| 34. Mutual Fund - CZMVX Multi MGR Value Strategies CL Z | A | Int./Div. | K | T | Spinoff (from line 19) | 03/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullin, Mark X. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mutual Fund - CTRZX - Multi MGR Total Return Bond Strategies CL Z | C | Int./Div. | M | T | Spinoff (from line 20) | 03/16/17 | M | | |
| 36. Mutual Fund - CZMSX - Multi Manager Small Cap Equity Strategies CL Z | A | Int./Div. | J | T | Spinoff (from line 21) | 03/16/17 | K | | |
| 37. Mutual Fund - CZMGX Multi Manager Small Cap Equity Strategies CL Z | A | Int./Div. | K | T | Spinoff (from line 22) | 03/16/17 | K | | |
| 38. Mutual Fund - CDAZX Multi Manager Directional Alt Strategies CL Z | A | Int./Div. | J | T | Spinoff (from line 23) | 03/16/17 | J | | |
| 39. Mutual Fund - SEEGX JPMorgan Large Cap Growth Select CL | A | Int./Div. | | | Spinoff (from line 24) | 03/16/17 | J | | |
| 40. | | | | | Sold | 08/25/17 | J | | |
| 41. Mutual Fund MINIX MFS Intl Value CL I | A | Int./Div. | J | T | Spinoff (from line 25) | 03/16/17 | K | | |
| 42. Mutual Fund MEIIX MFS Value CL I | A | Int./Div. | J | T | Spinoff (from line 26) | 03/16/17 | J | | |
| 43. Mutual Fund - OIGYX Oppenheimer Intl Growth CL Y | A | Int./Div. | J | T | Spinoff (from line 27) | 03/16/17 | J | | |
| 44. Mutual Fund - NFRIX Nuveen Symphony Floating Rate Income CL I | A | Int./Div. | K | T | Buy | 04/20/17 | K | | |
| 45. Mutual Fund - DEUIX Delaware U S Growth Instl CL | A | Int./Div. | J | T | Buy | 08/25/17 | J | | |
| 46. Mutual Fund - EMGNX Wells Fargo Emerging Markets Equity Instl CL | A | Int./Div. | J | T | Buy | 08/25/17 | J | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mullin, Mark X. | 05/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Mullin, Mark X. | 05/11/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark X. Mullin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544